**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| ROBERT E THARP, CAROL H THARP, | NO. 11-16077 JUDGE: Goldgar |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents CitiBank, NA as Trustee for WAMU Mortgage Pass-Through Certificate Series 2004-AR9 in your Chapter 13 case number 11-16077. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. In the Chapter 13 plan, the Debtor(s) intended to surrender the property. As of August 15, 2011, the Debtor(s) are contractually due for the following:

| | | |
|---|---|---:|
| Pre-petition: 01/2011 – 04/2011 monthly payments at $4,826.81 each | = $ | 19,307.24 |
| Pre-petition: Escrow Shortage | =$ | 79.14 |
| Pre-petition: Accrued Late Charges | =$ | 450.90 |
| Pre-petition: Property Inspection | =$ | 88.00 |
| Post-petition: 5/2011 – 7/2011 monthly payments at $4,826.81 each | =$ | 14,480.43 |
| Post-petition: 08/2011 monthly payment at $4,724.68 | =$ | 4,724.68 |
| TOTAL | = $ | 39,130.39 |

Respectfully submitted,

   /s/ Christopher R. Murphy
Attorney for CitiBank, NA as Trustee for WAMU
Mortgage Pass-Through Certificate Series 2004-AR9

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
11-052631

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**